RENFRO, by rrochien ami, v. KELLY.

1. Witnesses are entitled to one compensation only, although subpœnaed by both parties, and if two compensations are taxed in the bill of costs, a retaxation will be allowed.

Writ of error to the Circuit Court of Macon.

MOTION, by Kelly, to direct the clerk to retax the costs of witnesses in this cause.

It appeared that certain witnesses were summoned by both parties, and claimed compensation for, and proved their attendance against both. The clerk taxed the attendance as proved in the bill of costs. The circuit judge considered the witnesses as entitled to one compensation only, and held them to elect which party they would charge, directing the clerk, at the same time, to tax compensation for one attendance only.

This was excepted to by the plaintiff, and is the only error assigned.

J. E. BELSER and S. WILLIAMS, for the plaintiff in error, cited Dig. 599, § 2; 601, § 11; 602, § 16.

COCKE, contra, cited Dig. 601, § 11.

GOLDTHWAITE, J.—We think the proper construction

of the statutes relating to the compensation of witnesses is, that the witness is entitled to one compensation only, although summoned by both parties.

Judgment affirmed.